IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 25-cr-0879 JB |
| ) | |
| vs. ) | |
| ) | |
| HERIBERTO SALAZAR-AMAYA et al., ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' WITNESS LIST

The United States of America submits this list of witnesses for trial in this matter. The United States reserves the right to supplement this list.

Drug Enforcement Administration ("DEA")

1. Special Agent ("SA") Gillian Polinko

2. SA David Zimmerman

3. Assistant Special Agent in Charge ("ASAC") Jeffrey Armijo

4. Group Supervisor ("GS") Billy Baker

5. SA Justin Mason

6. SA Dominic Maldonado

7. SA Trish Whelan

8. Task Force Officer ("TFO") Lorenzo Herrera

9. TFO Chris Pena

10. TFO Erick Castaneda

11. GS Christopher "Scott" Godier

12. SA Fernando Molina

13. SA Kevin Mondragon

14. SA Collin Stradling

15. TFO Tom Novicki

16. Acting GS Josh Belida

17. SA Ian McKenzie-Wardell

18. SA Caleb Brown

19. SA Jennifer Hernandez

20. SA Jeff Simms

21. TFO Frank Chavez

22. TFO Clarence Davis

23. TFO Travis Chavez

24. TFO Kenny Schnakenberg

25. TFO Bryan Shields

26. GS Jeff Mauldin

27. SA Ronald Zach Sanders

28. TFO Eloy Montoya

29. TFO Sarah Martinez

30. SA Tim Piatt

31. SA Emmett Fritz

32. TFO Israel Rodriguez

33. Faron Segotta – Evidence Custodian

34. Resident Agent in Charge ("RAC") Sharon Jones

35. SA Todd Hoagland

36. SA Jeff Thomas

37. TFO Geno Zuniga

38. TFO RJ Smith

39. SA Dave Klingman

40. SA Teegan Hand

41. SA William Chipain

42. SA Kenny Bain

43. TFO Ian Anderson

44. GS Michael Swift

45. SA Gillian Hotchkiss

46. SA Maguerite DeFranco

47. SA Ray Miramontes

48. SA Toby Curry

49. GS Enoch Smith

50. TFO Jared Angell

51. SA Jordan Pisano

52. SA Nathanael Parker

53. SA Eric Breyer

54. TFO Jerom Bradbury

55. SA Geronimo Abrahao

56. TFO Daniel Weber

57. TFO Garber

58. TFO Grays

59. SA M. Downs

Internal Revenue Service ("IRS")

60. SA Daryl Aragon

Federal Bureau of Investigation ("FBI")

61. SA Sean Macmanus

62. SA Francisco Hurtado

63. SA Courtney Gale

64. SA Aran Marquis

65. SA Christine Zachry

66. SA Tyler Derderian

67. SSA Margaret Girard

68. SA Alexandra Rodriguez

69. SA Ryan Davis

70. SA Robert Balint

71. SA Jordan Spaeth

72. TFO Jerrod Pelot

73. TFO Andrew Feist

74. TFO Christopher Maestas

United States Marshals Service ("USMS")

75. Deputy United States Marshal ("DUSM") Raul Mojica

76. DUSM Michael Siebman

77. DUSM Kevin Hinson

78. DUSM Silas Zimmerman

79. SDUSM Ben Segotta

80. TFO Andrew Limon

81. TFO Lorenzo Mora

82. TFO Mitch Bengston

83. TFO Cutter Pryde

United States Probation and Pretrial Office

84. Probation Officer Jacob Gomez

United States Department of Homeland Security

85. Agent Menocal, Enforcement and Removal Operations

Bureau of Indian Affairs ("BIA")

86. Nicholas Jackson

Isleta Police Department

87. Sgt. Michael Huckeby

88. Detective Tommy Romero

89. Detective Nikki Lowe

90. Detective Patrick Hein

Lea County Drug Task Force

91. Commander David Ibarra

92. Deputy Commander Ysidoro Reyna

93. Agent Mickey Henderson

94. Agent Preston Hitchcock

95. Agent Andrew Lane

96. Agent Timothy Budrow

Lea County Sheriff's Office

97. Deputy Aaron Navarrette

98. Deputy Clara Marquez

99. Deputy James Lara

100. Deputy Mara Goins

101. Deputy William Able

Maricopa County Sheriff's Office

102. J. Clapper

103. T. Clancy

104. W. White

105. D. Shabazz

106. K. Doolan

107. A. Cuozzo

108. T. Helton

109. M. Sollin

110. F. Villegas Gonzales

111. A. Hernandez

112. K. Beasy

113. R. Imming

114. D. Durand

115. J. Cambra

116. B. Allmon

117. B. Samarripa

118. Z. Herrera

119. A. Tramundanas

120. J. Maitem

121. E. Sanchez

122. J. Cesolini

123. C. Rupert

124. T. Banuelos

125. A. Lawson

126. C. Tymeson

127. A. Hamad

Phoenix Police Department

128. Detective Bryan Benson

Las Vegas Metropolitan Police Department

129. Detective J. King Kaplan

DEA South Central Laboratory

130. Allison Krehbiel – Forensic Chemist

131. Kelsey Duxbury – Forensic Chemist

132. Taylor Clark – Forensic Chemist

133. Jay Hopenwasser – Forensic Chemist

134. Victor Bravenec – Forensic Chemist

135. Ramsin Michael – Forensic Chemist

136. Angela Cassidy – Forensic Chemist

137. Abby Minten – Forensic Chemist

138. Allison Anderson – Forensic Chemist

139. Mary Gay – Forensic Chemist

140. Kevin Roberson – Forensic Chemist

141. Paul Galat – Forensic Chemist

142. Taylor Clark – Forensic Chemist

143. Bradley Flemming – Forensic Chemist

144. Denise Williams – Forensic Chemist

145. Victor Bravenec – Forensic Chemist

146. Alexander Nguyen – Forensic Chemist

147. Forensic Chemist Genesis Claro – Forensic Chemist

148. Jasmine Gordon – Forensic Chemist

149. Brandon Wilson – Forensic Chemist

150. Aubrey Brink – Forensic Chemist

151. Xiu Liu – Forensic Chemist

152. Sariah Bahner – Forensic Chemist

New Mexico Department of Public Safety Forensic Laboratories

153. Matthias Strieker – Forensic Chemist

Cooperators ("C")[1]

154. C 1

155. C 2

156. C 3

157. C 4

---

[1] If the United States calls these witnesses in its case-in-chief, it will disclose their identities to opposing counsel via email before trial.

Metlang

    158. Aisha Fregoso – Linguist

    159. Vanessa Padilla – Linguist

    160. Justin Rojas – Linguist

    161. Yared Torres – Linguist

    162. Esteisy Escalera – Linguist

    163. Mariajesus Rodriguez – Linguist

    164. Kevin Gonzalez – Linguist

    165. Liliana Loya-Cedillo – Linguist

    166. Gael Moreno – Linguist

    167. Janet Cruz – Linguist

    168. Virginia Perez-Ortega – Linguist

    169. Hector Astudillo Potes – Linguist

    170. Dalia Ramirez – Linguist

    171. Jose Orozco – Linguist

    172. Jorge Melendez – Linguist

    173. Jorge Gandara – Linguist

    174. Nayelly Escarcega – Linguist

    175. Ricardo Arcibar – Linguist

Talton Communications Inc.

    176. Cheryl A. Jarvis – Custodian of Records

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed 7/12/2025*
MATTHEW McGINLEY
ELAINE RAMIREZ
BLAKE NICHOLS
RAQUEL RUIZ-VELEZ
Assistant United States Attorneys
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on the 12th
day of July, 2025 I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.
*/s/*_____
Raquel Ruiz-Velez
Assistant U.S. Attorney